IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **VICTOR TEON LINDSEY, II,** | : | CIVIL ACTION NOS.: | 1:14-cv-00039, |
| | : | | 1:14-cv-00054, and |
| | : | | 1: 14-cv-00096 |
| Petitioner | : | (Judge Kane) | |
| | : | (Magistrate Judge Mehalchick) | |
| v. | : | | |
| | : | | |
| **E.J. THOMAS,** | : | | |
| | : | | |
| Respondent : | | | |

# O R D E R

Before the court in the above-captioned actions is an August 17, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 15th day of September 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick.

2) Petitioner's Petition for Wirt of Habeas Corpus Docket No. 1:14-cv-00039 (Petition 1, Doc. 1), Petition for Writ of Habeas Corpus Docket No. 1:14-cv-00054 (Petition 2, Doc. 1), and Petition for Writ of Habeas Corpus Docket No. 1:14-cv-00096 (Petition 3, Doc. 1) are each **DENIED**.

3) No certificate of appealability will be issued as the Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4) The Clerk of Court shall close the above-captioned cases.

                                                s/ Yvette Kane
                                               YVETTE KANE, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania